**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

VILLAGES OF BARTRAM SPRINGS
OWNERS ASSOCIATION, INC.,
as the assignee of KB HOME,

        Plaintiff,

v.                                                                                        Case No. 3:21-cv-418-MMH-MCR

FIRST SPECIALTY INSURANCE
CORPORATION, et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On December 29, 2021, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 45; Order). The Court also provided that the parties shall have until February 23, 2022, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by February 23, 2022, this case would automatically be deemed to be dismissed without prejudice. See id. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of March, 2022.

*[signature]*

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record